**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7044

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT JAMES GRAVES,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Norman K. Moon, District Judge. (4:99-cr-70049-NKM-1)

Submitted:  October 31, 2006      Decided:  November 20, 2006

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert James Graves, Appellant Pro Se. Donald Ray Wolthuis, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert James Graves appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Graves</u>, No. 4:99-cr-70049-NKM-1 (W.D. Va. May 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>